# PD-1210-15

NO. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Cler·

COURT OF APPEALS NO. 03-13-00687-CR

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

---

JESUS VILLALOBOS,
    Appellant/Petitioner

FILED IN
COURT OF CRIMINAL APP⸱⸱·

SEP 18 2⸱⸱

Abel Acosta, Clᴇⵕ⸱

v.

THE STATE OF TEXAS,
    Appellee/Respondent

---

On appeal from the Third Court of Appeals
Austin, Texas

---

## PETITIONER'S MOTION TO EXTEND THE TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the petitioner, Jesus Villalobos, and respectfully requests that the time for filing of the Petition for Discretionary Review in the above styled and numbered cause be extended. In support of this motion Petitioner would show the Court the following:

### I.

Petitioner was convicted of continuous sexual abuse of a child and indecency with a child by contact and was sentenced to Life imprisonment and 20 years imprisonment respectively. On August 26, 2015, in Opinion No. 03-13-00687-CR, the Third Court of

1

Appeals affirmed the judgment and sentences of the trial court.

## II.

Petitioner's Petition for Discretionary Review is due on or before September 25, 2015. Petitioner respectfully requests an extension of time until **November 24, 2015**.

## III.

No previous extension of time has been requested.

## IV.

Petitioner has limitted access to the prison unit law library and will need the requested time to perfect his petition because he has no legal experience and will be proceeding pro se.

WHEREFORE, PREMISES CONSIDERED, Petitioner, Jesus Villalobos, respectfully requests that the time for the filing of Petitioner's Petition for Discretionary Review be extended until **November 24, 2015.**

Respectfully submitted,

JESUS FLORES VILLALOBOS, JR.
TDCJ No. 01890616
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by placing same in the United States Mail, postage prepaid, on the **8th** day of **September, 2015**, addressed to Travis County District Attorney's Office, Rosa Theofanis, P.O. Box 1748, Austin, Texas 78767.

JESUS FLORES VILLALOBOS, JR.

2